IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.:CR220-MOC-DSC |
|---|---|
| v. | ) **ORDER TO UNSEAL THE INDICTMENT** |
| MARION QUINTON BREWSTER | ) |

UPON MOTION of the United States of America, by and through **Jill Westmoreland Rose**, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Bill of Indictment in the above-captioned case be unsealed.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

**SO ORDERED**.

Signed: October 21, 2016

David S. Cayer
United States Magistrate Judge