FILED: May 18, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-4385
(3:16-cr-00220-MOC-DSC-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

MARION QUINTON BREWSTER

    Defendant - Appellant

_____

O R D E R
_____

The court grants counsel's motion to withdraw from further representation.

Entered at the direction of the panel: Judge Thacker, Judge Harris, and Senior Judge Hamilton.

For the Court

/s/ Patricia S. Connor, Clerk