UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-CR-00220-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| MARION QUINTON BREWSTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** comes before the Court on the pro se Defendant's letter, which requests that the Court exercise its newly awarded "discretion" to reduce his sentence. See Doc. No. 45. Because Defendant's request was filed in January 2019, the Court will assume that Defendant requests a sentence reduction under the First Step Act, which was enacted just a month earlier. See First Step Act of 2018, Pub. L. No. 115-391 (2018). But Defendant has not been convicted of a "covered offense," *i.e.*, a cocaine base offense, for which a sentence reduction is authorized under Section 404 of the First Step Act. See id. § 404(a). Nor does Defendant's brief letter provide any indication or evidence that he eligible for relief under any other provision of the First Step Act.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the pro se Defendant's letter requesting the Court to reduce his sentence pursuant to the First Step Act, Doc. No. 45, is **DENIED.**

Max O. Cogburn Jr
United States District Judge